IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00280-PAB-KMT

PATRIC MARTINEZ,

      Plaintiff,

v.

CHRISTOPHER CAGGIANO,
CHAD BENKELMAN,
EMILY CARRENO,

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

John F. Peters, of the firm Hall & Evans, LLC, enters his appearance on behalf of Defendants Christopher Caggiano, Chad Benkelman, and Emily Carreno.

Dated and respectfully submitted this 11th day of March, 2021.

*s/ John F. Peters*
Matthew J. Hegarty
John F. Peters
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, CO 80202
T:  303-628-3300
F:  303-628-3368
hegartym@hallevans.com
petersj@hallevans.com

**ATTORNEYS FOR DEFENDANTS
CHRISTOPHER CAGGIANO,
CHAD BENKELMAN, and
EMILY CARRENO**

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on the 11th day of March, 2021, I electronically filed the

foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF

system which will send notification of such filing to the following email address:

Matthew W. Buck, Esq.
RED LAW
445 Broadway, Suite 126
Denver, CO  80203
matt@red.law

*s/ Therese Curtin*, Legal Assistant
Matthew J. Hegarty
John F. Peters
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, CO 80202
T:  303-628-3300
F:  303-628-3368
hegartym@hallevans.com
petersj@hallevans.com

**ATTORNEYS FOR DEFENDANTS
CHRISTOPHER CAGGIANO,
CHAD BENKELMAN, and
EMILY CARRENO**
